DTF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x  Civil Action No.: CV-04-4161(ARR)(RLM)
UNITED STATES OF AMERICA,        §
                                 §
            Plaintiff,           §
 - against-                      §
                                 §                    FILED
JANET M. EDWARDS,                §              IN CLERK'S OFFICE
                                 §         U.S. DISTRICT COURT, E.D.N.Y.
            Defendant.           §
and                              §              ★ APR 13 2006 ★
COLER MEMORIAL HOSPITAL,         §
                                 §              BROOKLYN OFFICE
            Garnishee.           §
------------------------------------------------------------x

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on January 14, 2006, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, Janet M. Edwards , and that garnishee was indebted to defendant, Janet M. Edwards, in the net sum of $2,214.64 bi-weekly as a result of the garnishee's employment of defendant Janet M. Edwards .

On August 18, 2005, the defendant, Janet M. Edwards , was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay 25% of defendant's disposable non-exempt earnings (five percent) bi-weekly to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant, Janet M. Edwards , or until further Order of the Court.

SO ORDERED:

Dated: Brooklyn, NY
       April 7, 2006

                                        _____
                                        Allyne R. Ross
                                        United States District Judge